UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __1:20mj02531 McAliley__

UNITED STATES OF AMERICA

vs.

JIMMY GEOVANNY SANCHEZ LOOR and
JOSE YOVANNY ORDONEZ ESPINALES,

**Defendants.**
_____/

## CRIMINAL COVER SHEET

Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   /s/ Yvonne Rodriguez-Schack
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
Florida No. 864696
99 Northeast 4th Street
Suite 700
Miami, Florida 33132
305.961.9014
305.536.7213 Facsimile
Yvonne.Rodriguez-Schack@usdoj.gov

ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:20mj02531 McAliley |
| JIMMY GEOVANNY SANCHEZ LOOR and JOSE YOVANNY ORDONEZ ESPINALES | ) ) ) ) ) | | |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___March 4, 2020___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA J. Chris Klettheimer
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 1st day of April, 2020.

Date: 04/01/2020

_____
*Judge's signature*

City and state: Miami, Florida

Chris McAliley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, J. Chris Klettheimer, being duly sworn, hereby depose and state the following:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since 2003. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. As a special agent with the FBI, I am currently assigned to the Key West Resident Agency of the FBI Miami Division and have worked numerous types of investigations throughout my career to include National Security, Transnational Organized Crime, Economic Crimes, Major Theft and Violent Crimes and Gangs.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Jimmy Geovanny SANCHEZ LOOR and Jose Yovanny ORDONEZ ESPINALES for violations of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), that is, conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. This Affidavit does not contain the details of every aspect of the investigation. Moreover, the facts and information contained in this Affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals.

3. On March 4, 2020, while on patrol in the Eastern Pacific Ocean, a maritime patrol aircraft (MPA) sighted a target of interest (TOI) operating approximately 152 nautical miles east of the Galapagos Islands, in international waters and upon the high seas. The United States Coast Guard Cutter (USCGC) *HAMILTON* was patrolling nearby and diverted to intercept.

4. The TOI was operating at night without navigational lights at a high rate of speed. USCGC *HAMILTON* sought and received a Statement of No Objection for a Right of Visit (ROV) boarding. USCGC *HAMILTON* reported persons on board (POB) jettisoning packages before the Over the Horizon (OTH) vessels arrived on scene. The boarding team gained positive control of the TOI and were able to recover all jettisoned packages.

5. There were two (2) individuals on board which were later identified as Jimmy Geovanny SANCHEZ LOOR and Jose Yovanny ORDONEZ ESPINALES, both Ecuadorian national. When asked, no one identified himself as the master or did anyone make a claim of nationality for the vessel. USCG observed the vessel name ASHLEY II painted on the bow and a painted on yellow/blue/red rectangle on the port/starboard quarter. Based on these observations, the United States contacted the Government of Ecuador who advised they could neither confirm nor deny the nationality of the vessel. Based on the Government of Ecuador's response, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding was conducted. The USCG recovered a total of eighteen (18) bales weighing approximately 632 kilograms, which field tested positive for cocaine. Both individuals, along with the 632 kilograms of cocaine, were transferred to the USCG Cutter *HAMILTON*.

6. On April 3, 2020, the USCG *HAMILTON* is scheduled to arrive in the Southern District of Florida with Jimmy Geovanny SANCHEZ LOOR and Jose Yovanny ORDONEZ ESPINALES on board where they will first entered the United States.

7. Based on the foregoing facts, I submit that probable cause exists to believe that Jimmy Geovanny SANCHEZ LOOR and Jose Yovanny ORDONEZ ESPINALES, did knowingly

and intentionally conspire to possess with intent to distribute a controlled substance, that is five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

J. CHRIS KLETTHEIMER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 1st day of April, 2020.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

3